AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| John M. H Doe & John B.G. Doe <br> *Plaintiff* <br> v. <br> Luis Quinones, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:17-cv-00719-MPK <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Tyler Setcavage, Esquire
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __10/23/2017__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/25/17

_____
*Signature of the attorney or unrepresented party*

Luis Quinones
*Printed name of party waiving service of summons*

Luis Quinones
*Printed name*

220 Mercer St. Butler PA 16001
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M.H. DOE and JOHN B.G. DOE,<br>　　　　　Plaintiffs,<br>vs.<br>LUIS QUINONES, et al.<br>　　　　　Defendants. | Civil Action No. <u>2:17-00719</u><br><br>PROOF OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES |

I, <u>Nathaniel Newborn</u>, declare as follows:

1. At the time of service I was at least 18 years of age and **not a party to this lawsuit.**
2. I served copies of the summons, waiver of summons, complaint and certificate and notice of interested parties (hereinafter referred to as "copies").
3. I served the defendant <u>Luis Quinones</u>.
4. I served the copies by: **(check only one).**
   a. <u>X</u> **Personal Service** in compliance with the Federal Rules in Civil Procedure. I personally delivered copies to the defendant named in paragraph 3:
   Date: <u>10/25/17</u> Time: <u>6:16 pm</u>
   Address: <u>220 Mercer St.</u> (street)
   <u>Butler, PA 16001</u> (city, state, zip code)
   b. ____ **Substitute Service of Defendant's Residence** in compliance with the Federal Rules of Civil Procedure. I personally delivered copies to a person of suitable age residing at the defendant's residence and informed him or her of the general nature of the papers. I left the copies with:

Name:_____

Date: _____ Time:_____

Address:_____(street)

_____(city, state, zip code)

c. ___ **Combination Service at Defendant's Place of Business** in compliance with the Western District of Pennsylvania Code of Civil Procedure. I made at least 3 attempts to personally serve the defendant:

**Attempt 1**

Date: _____ Time:_____

Address:_____(street)

_____(city, state, zip code)

**Attempt 2**

Date: _____ Time:_____

Address:_____(street)

_____(city, state, zip code)

**Attempt 3**

Date: _____ Time:_____

Address:_____(street)

_____(city, state, zip code)

d. ___ **Mail Service on a Defendant located outside of Pennsylvania** in compliance with the Western District code of Civil Procedure. I mailed copies to the defendant, located outside of Pennsylvania, via certified or registered mail to:

Name:_____

Date: _____ Time:_____

Address:_____(street)

_____(city, state, zip code)

A copy of the signed return receipt is attached.

5. My name, address, and telephone numbers are:

_____Nathaniel Newbon_____ (Full Name)
_____102 Overview Ct_____ (Address Line 1)
_____Drums, PA 18222_____ (Address Line 2)
_____724-272-6549_____ (Phone Number)

6. I am not a registered Pennsylvania process server

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/26/17___ at ___Drums, PA___
              (date)                         (place of signing)

_____[signature]_____
(signature)

_____Nate Newborn_____
(name)