IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. H. DOE and B. G. DOE, | 2:17cv719 |
| Plaintiffs, | Electronic Filing |
| v. | Judge David Stewart Cercone |
| | Chief Magistrate Judge Maureen P. Kelly |
| LUIS QUINONES, PAM JEWERT, JOHN DOE 1-5, TRINITY SERVICES GROUP, BUTLER COUNTY, BUTLER COUNTY PRISON, WARDEN JOE DEMORE, WARDEN BEAU SNEDDON, WARDEN JENNIFER PASSARELLI, COMMISSIONER LESLIE OSCHE, COMMISSIONER KIM GEYER, COMMISSIONER KEVIN BOOZEL, CORRECTIONS OFFICER CHRISTOPHER REVES, CORRECTIONS OFFICER TORI COYLE, CORRECTIONS OFFICER WINGROVE, CORRECTIONS OFFICER RUSSELL, CORRECTIONS OFFICER JOHN/JANE DOE 1-5, WARDEN JOHN/JANE DOE 1-5, COMMISSIONER JOHN/JANE DOE 1-5, | |
| Defendants. | |

## ORDER OF COURT

After Plaintiffs John M. H. Doe and B. G. Doe filed a complaint in the above-captioned matter, Defendants filed a Motion to Dismiss for Failure to State a Claim, ECF No. 28, Motion for Partial Dismissal, ECF No. 31, and Motion for Partial Dismissal, ECF No. 32. A Report and Recommendation was filed on April 5, 2018, by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until April 19, 2018, to file written objections thereto. ECF No. 42. No Objections having been filed, having completed an independent review of the record, and

upon consideration of the Magistrate Judge's Report and Recommendation which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED this 21st day of April, 2018, that the Motions to Dismiss are GRANTED. Plaintiffs may file a Second Amended Complaint no later than May 15, 2018.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
David Stewart Cercone
Senior United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Tyler Setcavage, Esquire
Daniel M. Vugrinovich, Esquire
Marie Milie Jones, Esquire
Michael R. Lettrich, Esquire
(*Via CM/ECF Electronic Mail*)